

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2025

No. 04-24-00568-CV

**IN RE** Anabel **GARZA**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

On August 26, 2024, the relator filed a petition for writ of mandamus. On January 24, 2025, the respondent trial court filed a response. On February 24, 2025, the real party in interest filed a response.

In accordance with this court's memorandum opinion of this date, we CONDITIONALLY GRANT the petition for a writ of mandamus. *See* TEX. R. APP. P. 52.8(c). We ORDER the trial court to withdraw its July 2, 2024 "Order Granting Motion to Disqualify Attorney" and enter an order denying the motion to disqualify attorney. The writ will issue only if we are notified that the trial court has failed to comply within fifteen days of the date of this opinion.

It is so **ORDERED** on June 4, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. CC-22-3, styled *Anabel Garza v. George L. Garza*, pending in the County Court at Law, Starr County, Texas, the Honorable Orlando Rodriguez presiding.